**FILED**
JUL 24 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FERNANDO L. CARILLO, | ) |
| Plaintiff, | ) |
| v. | ) Case: 1:15-cv-01205 Jury Demand |
| | ) Assigned To : Unassigned |
| | ) Assign. Date : 7/24/2015 |
| PRESIDENT BARACK OBAMA, | ) Description: Pro Se Gen. Civil (F Deck) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to

determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff currently is incarcerated at the Pueblo County Jail in Pueblo, Colorado. He is "asking 2 Million Dollars in Monetary Damages," among other relief, Compl. at 3, for claims apparently arising from his criminal conviction in Pueblo County, Colorado, *see id.* at 1-3. The complaint does not allege, however, that the named defendant is responsible for any of the harms plaintiff allegedly has suffered. Missing from the complaint is a statement showing that plaintiff is entitled the relief he seeks. As drafted, the complaint fails to comply with Rule 8(a) and therefore it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

/s/ _____
United States District Judge

DATE: 7/22/2015